# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

TEXCELL INC., a Nevada corporation,

        Plaintiff,

  vs.

STS HYDROPOWER LTD., et al.,

        Defendants.

_____/

Case No. 2:18-cv-01621-KJM-DMC

**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR EXPERT WITNESS DISCLOSURES**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

The date for all counsel to designate in writing and serve upon all other parties the name, address, and area of expertise of each expert they propose to tender at trial shall be extended to April 16, 2019. By May 6, 2019, any party who previously disclosed expert witnesses may submit a rebuttal list of expert witnesses who will express an opinion on a subject covered by an expert designation by an adverse party, if the party rebutting an expert witness designation has not previously retained an expert to testify on that subject. All other provisions of the court's scheduling order remain in effect.

DATED: March 25, 2019.

_____
UNITED STATES DISTRICT JUDGE