# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

TEXCELL INC., a Nevada corporation,

              Plaintiff,

vs.

STS HYDROPOWER LTD., et al.,

              Defendants.
_____/

Case No. 2:18-cv-01621-KJM-DMC

**ORDER GRANTING STIPULATION TO ADD A PLAINTIFF AND AMEND CAPTION**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

Mr. Arnold Leong is an indispensable party to this litigation and shall be added as a Plaintiff in this case for all purposes. The caption shall be so amended.

DATED: March 25, 2019.

_____
UNITED STATES DISTRICT JUDGE

-1-
Order Granting Stipulation to Add Plaintiff