UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXCELL, INC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STS HYDROPOWER, LTD, et al.,<br><br>Defendants. | No. 2:18-cv-01621-KJM-DMC<br><br><br><br>ORDER |

The parties have filed two stipulations and proposed orders for the court's consideration. ECF Nos. 36, 37. The first stipulation, ECF No. 36, asks the court to extend the discovery completion deadline to July 31, 2019. The second stipulation, ECF No. 37, asks the court to extend the dispositive motion deadline to August 30, 2019.

Having considered the parties' stipulations, the court GRANTS both stipulations as follows:

- The date for counsel to complete discovery is extended to **July 31, 2019**;
- All dispositive motions <u>shall be heard</u>, except for motions for continuances, temporary restraining orders and other emergency applications, no later than **September 6, 2019**[1];

///

---

[1] The August 30, 2019 date provided in the parties' stipulation is not an available law and motion date on the court's calendar.

1

- All other provisions of the court's October 30, 2018 Scheduling Order, ECF No. 20, shall remain unchanged.

IT IS SO ORDERED.

DATED: May 21, 2019.

_____
UNITED STATES DISTRICT JUDGE