UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| TEXCELL, INC., et al., | No. 2:18-cv-01621-KJM-DMC |
| Plaintiffs, | |
| v. | ORDER |
| STS HYDROPOWER, LTD, et al., | |
| Defendants. | |

The parties jointly request to further amend dates in the court's scheduling order. *See* ECF Nos. 20 (scheduling order), 38 (order extending deadlines) and 41 (stipulation). The stipulation is GRANTED. The following dates are amended:

| Description | Existing Date | New Date |
| --- | --- | --- |
| Deadline to complete all discovery | July 31, 2019 | August 31, 2019 |
| Hearing deadline for dispositive motions | September 6, 2019 | October 18, 2019 |

This amendment does not alter any other portions of the scheduling order.

        IT IS SO ORDERED.

DATED: August 9, 2019.

_____
UNITED STATES DISTRICT JUDGE

1