**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TEXCELL INC., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>STS HYDROPOWER, LTD, et al.,<br><br>  Defendants. | No.  2:18-CV-1621-KJM-DMC<br><br><br>ORDER |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. A settlement conference is scheduled for December 15, 2020, at 9:30 a.m., before the undersigned. By minute order issued on October 26, 2020, the parties have been directed to submit confidential settlement conference statements <u>directly to chambers</u> by December 7, 2020. These statements <u>shall not be filed</u>. Unless otherwise notified by the undersigned, counsel shall make available a person able to dispose of the case or be fully authorized to settle the matter on any terms. See Local Rule 270(f)(1). Concurrent with their settlement conference statement, the parties shall execute and <u>file</u> the attached Waiver of Disqualification.

IT IS SO ORDERED.

Dated:  December 2, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TEXCELL INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>STS HYDROPOWER, LTD, et al.,<br><br>　　　　　　Defendants. | No.  2:18-CV-1621-KJM-DMC |

WAIVER OF DISQUALIFICATION

　　　　Pursuant to Eastern District of California Local Rule 270(b), the parties to the herein action affirmatively request that the assigned Magistrate Judge participate in the settlement conference and further, the parties waive any claim of disqualification to Judge Cota thereafter hearing and determining matters in this case in accordance with 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302.

DATED: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　By:   For Plaintiff(s)

DATED: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　By:   For Defendant(s)

2